

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-91,422-01

### EX PARTE NATHAN KARL KINCY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 97-05-8926A IN THE 506TH DISTRICT COURT
### FROM WALLER COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of murder and sentenced to life imprisonment.  The First Court of Appeals affirmed his conviction.  *Kincy v. State*, No. 01-98-00165-CR (Tex. App.—Houston [1st Dist.] Aug. 27, 1999) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court.  *See* TEX. CODE CRIM. PROC. art. 11.07.

On June 29, 2020, the trial court entered a timely order designating issues.  The district clerk prematurely forwarded this application to this Court before the trial court made findings of fact and conclusions of law. TEX. R. APP. P. 73.5.  We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: September 23, 2020
Do not publish